JOHN C. ULIN (State Bar No. 165524)
John.Ulin@aporter.com
JAMES S. BLACKBURN (State Bar No. 169134)
James.Blackburn@aporter.com
ERIC D. MASON (State Bar No. 259233)
Eric.Mason@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone: (213) 243-4000
Facsimile:  (213) 243-4199

*Attorneys for Plaintiff and Counterdefendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RCRV, INC. d/b/a ROCK REVIVAL, a California corporation.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J.L.J., INC., a California corporation, d/b/a LAGUNA BEACH JEAN CO., and STEVE KIM, *et al.*,<br><br>　　　　Defendants.<br>──────────────────────────<br>J.L.J., INC., a California corporation, d/b/a LAGUNA BEACH JEAN CO., and STEVE KIM, *et al.*,<br><br>　　　　Counterclaimants,<br><br>　　v.<br><br>RCRV, INC., *et al.*,<br><br>　　　　Counterdefendants, | Case No.: 11-Civ-8679 (SVW) (FMOx)<br><br>Hon. Stephen V. Wilson<br><br>**ORDER RE JOINT STIPULATION RE DISMISSAL WITH PREJUDICE**<br><br>JS-6 |

Whereas Plaintiff RCRV, Inc. d/b/a Rock Revival ("Plaintiff") and Defendants and Counterclaimants J.L.J., Inc. d/b/a Laguna Beach Jean Co. and Steve Kim ("Counterclaimants"), having reached a confidential settlement agreement and having stipulated, pursuant to Federal Rule of Civil Procedure 41, that Plaintiff's claims against Counterclaimants and Counterclaimants' counterclaims against Plaintiff, Khiem Nguyen and Eric Choi, shall be dismissed with prejudice, each party to bear its own costs and attorneys' fees:

## ORDER

**IT IS HEREBY ORDERED** that, upon good cause shown, Plaintiff's claims against Counterclaimants and Counterclaimants' counterclaims against Plaintiff, Khiem Nguyen and Eric Choi shall be dismissed with prejudice, each party to bear its own costs and attorneys' fees.  The Court retains jurisdiction to enforce the settlement agreement between the parties, in accordance with its terms.

DATED: AUGUST 10, 2012        By: _____
                                  Stephen V. Wilson
                                  UNITED STATES DISTRICT JUDGE

Submitted By:

ARNOLD & PORTER LLP
JOHN C. ULIN (State Bar No. 165524)
John.Ulin@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone: (213) 243-4000
Facsimile:  (213) 243-4199

By:  /s/ John C. Ulin
     John C. Ulin